**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Bennie Aaron JONES, Defendant-Appellant.**

**No. 16-1223**

United States Court of Appeals, Tenth Circuit.

Filed March 8, 2017

Kurt Bohn, Bradley William Giles, Michael Conrad Johnson, Robert Mark Russel, Office of the United States Attorney, District of Colorado, Denver, CO, for Plaintiff-Appellee

Meredith B. Esser, Josh Lee, Timothy Patrick O'Hara, Office of the Federal Public Defender, Districts of Colorado and Wyoming, Denver, CO, for Defendant-Appellant

Before MATHESON, BACHARACH, and PHILLIPS, Circuit Judges.

**ORDER AND JUDGMENT** *

Per Curiam

This matter is before us on *Appellee's Unopposed Motion for Summary Affirmance.* The United States moves for summary affirmance of the district court's sentencing determination in this case in light of the Supreme Court's decision in *Beckles v. United States,* —— U.S. ——, 137 S.Ct. 886, 197 L.Ed.2d 145, 2017 WL 855781

---

(March 6, 2017). Appellant Bennie Aaron Jones does not oppose the motion.

Upon consideration, the motion is granted. The judgment of the district court is affirmed.

The mandate shall issue forthwith.

* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It